**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 1:17-cv-02233-REB

AARON M. DEUTSCH ,

      Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

      Defendant.

---

## MINUTE ORDER[1]

---

The matter before the court is **Defendant's Unopposed Motion for Extension of Time** [#15],[2] filed January 9, 2018.  Having considered the motion and the file, and being advised of the premises, the court finds the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Defendant's Unopposed Motion for Extension of Time** [#15], filed January 9, 2018, is granted;

2.  That paragraph 8 of the **Joint Case Management Plan for Social Security Cases** [#13], filed November 16, 2017, ("JCMP"), is amended as follows:

      **B.**    **Defendant's Response Brief Due:**  February 16, 2018

      **C.**    **Plaintiff's Reply Brief (If Any) Due:**  March 2, 2018 ; and

3.  That all other provisions of the JCMP remain in full force and effect.

Dated:  January 10, 2018

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#15]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this minute order.